THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER OLIVER, Defendant-Appellant.

(No. 55728;

First District—May 18, 1972.

Opinion by Mr. JUSTICE DEMPSEY.